UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERGIO CUBILETES SANTANA,

                Plaintiff,

    -against-

MOHAREB WISAADEEL RESSAL,
LAURINA INC., and AMAZON LOGISTICS
INC.,

                Defendants.

26-CV-2139 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Pursuant to the Court's March 20, 2026 Order, Dkt. 8, the parties were required to file a joint letter, the contents of which are described therein, the Wednesday before the initial conference. To date, the parties have not filed that letter. The parties are ORDERED to file that letter and accompanying contents by **Wednesday, June 17, 2026 at 2:00 PM**.

    SO ORDERED.

Dated: June 16, 2026
      New York, New York

_____
    ARUN SUBRAMANIAN
    United States District Judge